ANDRE EVANS *v.* COMMISSIONER OF CORRECTION
(AC 22034)

Foti, Dranginis and Dupont, Js.

Submitted on briefs January 11—officially released February 12, 2002

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

MARVIN JONES *v.* COMMISSIONER OF CORRECTION
(AC 21883)

Foti, Dranginis and Dupont, Js.

Submitted on briefs January 11—officially released February 12, 2002

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

DAVID L. JOYCE *v.* COMMISSIONER OF
CORRECTION
(AC 21817)

Foti, Dranginis and Dupont, Js.

Submitted on briefs January 11—officially released February 12, 2002

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.